# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:15CR00029 |
| : | |
| TONY MICHAEL SPENCER : | |

## NOTICE OF WITHDRAWL OF REQUEST FOR RESTITUTION

Comes now, the United States, by counsel, and hereby notifies the defendant and the court of the withdrawal of the request for restitution associated with the "Angela" series. On today's date, counsel for the government spoke with Elaine Linehan, Lenehan Law, P.L.L.C., Dallas Texas, counsel for the victim associated with the "Angela" series, and was informed that the victim no longer wished to pursue restitution from the defendant in the amount of **$16,520.20**. This will reduce the overall request for restitution to **$207,000.99.**

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney

/s/ Zachary T. Lee

Zachary T. Lee
VA Bar No. 47087
Attorney for United States of America
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

                                        /s/ Zachary T. Lee